*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dion Paul Witmer
    Debtor(s)

Case No: 17−13319−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 32 East High Street, Womelsdorf, PA 19567, in addition to Motion for Relief from Co−Debtor Stay co−debtor, Alice Bachman Filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing Represented by REBECCA ANN SOLARZ.

**Hearing Date and Location Changed**

on: 2/27/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/6/20

Timothy B. McGrath
Clerk of Court

41 − 39
Form 167