United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13319-amc
Dion Paul Witmer                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR          Page 1 of 2           Date Rcvd: Feb 06, 2020
                            Form ID: 167         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
```
db             +Dion Paul Witmer,    32 East High Street,    Womelsdorf, PA 19567-1311
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +New Penn Financial, LLC, et al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
13915941        BAYVIEW LOAN SERVICING LLC,    PO BOX 650091,    DALLAS, TX 75265-0091
13915942        CBCS,    PO BOX 2724,    COLUMBUS, OH 43216-2724
13915949       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: HOME DEPOT CREDIT SERVICES,    PO BOX 182676,
                 COLUMBUS, OH 43218-2676)
13915947        FINANCIAL RECOVERIES,    PO BOX 1388,    MOUNT LAUREL, NJ 08054-7388
13915946        FINANCIAL RECOVERIES,    PO BOX 1388,    MT LAUREL, NJ 08054-7388
13915948        FMA ALLIANCE LTD,    PO BOX 2409,    HOUSTON, TX 77252-2409
13915951       +LEHIGH VALLEY CARDIO DIAGNOSITCS PC,    PO BOX 3667,    ALLENTOWN, PA 18106-0667
13915952        LEHIGH VALLEY HEALTH NETWORK,    PO BOX 781733,    PHILADELPHIA, PA 19178-1733
13915953        LEHIGH VALLEY HOSPITAL,    PO BOX 4120,    ALLENTOWN, PA 18105-4120
13915954       +LEHIGH VALLEY HOSPITAL MUHLENBERG,    2545 SCHOENERSVILLE RD,    BETHLEHEM, PA 18017-7300
13915956        LEHIGH VALLEY PHYSICIAN GROUP,    PO BOX 1754,    ALLENTOWN, PA 18105-1754
13915955        LEHIGH VALLEY PHYSICIAN GROUP,    PO BOX 8500,    PHILADELPHIA, PA 19178-8500
14008632       +Leonard Zagurskie, Jr.,    Law Office of Leonard Zagurskie, Jr.,
                 110 West Main Avenue, 1st Floor,    Myerstown, PA 17067-1019
13915957       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: MET ED,    FIRSTENERGY,    2800 POTTSVILLE PIKE,
                 READING, PA 19612-6001)
13915958        NEW PENN FINANCIAL LLC,    D/B/A SHELLPOINT MORTGAGE SERVICING,    P.O.BOX 108226,
                 GREENVILLE, SC 29603-0826
13915959       +NORA C VIGGIANO ESQUIRE,    KML LAW GROUP PC,    BNY MELLON INDEPENDENCE CENTER STE 5000,
                 701 MARKET ST,    PHILADELPHIA, PA 19106-1538
13915960        NORTHSTAR LOCATION SERVICES LLC,    ATTN FINANCIAL SERVICES DEPT,    4285 GENESEE ST,
                 CHEEKTOWAGA, NY 14225-1943
14445209       +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
13915964       +PPL ELECTRIC UTILITIES,    2 NORTH 9TH STREET RPC-GENN1,    ALLENTOWN, PA 18101-1179
13987467       +PPL Electric Utilities,    827 Hausman Rd,    Allentown, PA 18104-9392
13915965       +ROBERT N POLAS JR, ESQUIRE for PORTFOLIO,    PORTFOLIO RECOVERY ASSOCIATES LLC,
                 120 CORPORATE BLVD,    NORFOLK, VA 23502-4952
13915966       +SHELLPOINT MORTGAGE SERVICING,    ATTN BANKRUPTCY,    PO BOX 10826,    GREENVILLE, SC 29603-0826
13915968       +TOMKINS VIST BANK,    PO BOX 741,    LEESPORT, PA 19533-0741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 07 2020 03:18:20
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce deLeon Blvd. 5th floor,
                 Coral Gables, FL 33146-1837
13915939       +E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2020 03:16:59     ALLY FINANCIAL,
                 200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
13998844       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 07 2020 03:18:20
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blbd., 5th Floor,
                 Coral Gables, FL 33146-1837
13915943        E-mail/Text: documentfiling@lciinc.com Feb 07 2020 03:16:57     COMCAST CABLE,    PO BOX 3006,
                 SOUTHEASTERN, PA 19398-3006
13915944        E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 07 2020 03:18:42
                 CREDIT COLLECTION SERVICES,    PO BOX 55126,    BOSTON, MA 02205-5126
13915945       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 07 2020 03:18:42
                 CREDIT COLLECTIONS SVC,    PO BOX 773,    NEEDHAM, MA 02494-0918
13915950        E-mail/Text: support@ljross.com Feb 07 2020 03:17:36     L J ROSS ASSOCIATES INC,    PO BOX 6099,
                 JACKSON, MI 49204-6099
13915963        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2020 03:13:33
                 PORTFOLIO RECOVERY,    PO BOX 41067,    NORFOLK, VA 23541
13955678        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2020 03:13:58
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13915967       +E-mail/Text: bankruptcy@sw-credit.com Feb 07 2020 03:18:06     SOUTHWEST CREDIT SYSTEMS LP,
                 4120 INTERNATIONAL PKWY STE 1100,    CARROLTON, TX 75007-1958
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr*             New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
```

```
District/off: 0313-4          User: SaraR             Page 2 of 2            Date Rcvd: Feb 06, 2020
                              Form ID: 167            Total Noticed: 37

13915938       ##ACCOUNTS RECEIVABLES MGMT SERVICES INC,    2727 PHILMONT AVENUE SUITE 100,
                 HUNTINGDON VALLEY, PA 19006-5398
13915940       ##+BANK OF AMERICA,    ATTN BANKRUPTCY,    PO BOX 26012,    GREENSBORO, NC 27420-6012
13915961       ##+ORTHOPAEDIC ASSOCIATES OF READING LTD,    301 SOUTH 7TH AVENUE STE 3220,
                 WEST READING, PA 19611-1493
13915962       ##+PENN CREDIT CORPORATION,    916 S 14TH STREET,    PO BOX 988,    HARRISBURG, PA 17108-0988
                                                                                  TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
```
          CHRISTINA J. PROSS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cpross@mwm-law.com
          CHRISTOPHER M. MCMONAGLE     on behalf of Creditor    New Penn Financial, LLC, et al.
           cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
          KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          LEONARD   ZAGURSKIE, JR   on behalf of Debtor Dion Paul Witmer lzaglaw.usa@startmail.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          ROBERT WINFIELD WILLIAMS     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
           bankruptcy@mwm-law.com
          SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC, et al.
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dion Paul Witmer
    Debtor(s)

Case No: 17−13319−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 32 East High Street, Womelsdorf, PA 19567, in addition to Motion for Relief from Co−Debtor Stay co−debtor, Alice Bachman Filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing Represented by REBECCA ANN SOLARZ.

**Hearing Date and Location Changed**

    on: 2/27/20

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/6/20

Timothy B. McGrath
Clerk of Court

41 − 39
Form 167