```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 17-13319-amc
Dion Paul Witmer                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR               Page 1 of 1            Date Rcvd: Feb 28, 2020
                               Form ID: pdf900           Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db             +Dion Paul Witmer,   32 East High Street,   Womelsdorf, PA 19567-1311
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10826,
                 Greenville, SC  29603-0826
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,   c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,   GREENVILLE, SC 29603-0826
cr             +New Penn Financial, LLC, et al.,   c/o Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3403
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 29 2020 02:56:50
                 BAYVIEW LOAN SERVICING, LLC,   4425 Ponce deLeon Blvd. 5th floor,
                 Coral Gables, FL 33146-1873
                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10826,
                 Greenville, SC  29603-0826
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
          CHRISTINA J. PROSS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cpross@mwm-law.com
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC, et al.
           cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
          KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          LEONARD   ZAGURSKIE, JR    on behalf of Debtor Dion Paul Witmer lzaglaw.usa@startmail.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          ROBERT WINFIELD WILLIAMS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
           bankruptcy@mwm-law.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC, et al.
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 10
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dion Paul Witmer<br>　　　　　Debtor(s)<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　Movant<br>　　vs.<br><br>Dion Paul Witmer<br>　　　　　Debtor(s)<br>Alice Bachman<br>　　　　　Co-Debtor<br><br>Scott Waterman<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 17-13319 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 27th day of Feb., 2020 at Reading, upon failure of Debtor(s) and Co-Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code , is modified with respect to the subject premises located at 32 East High Street, Womelsdorf, PA 19567 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.