IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **Dion Paul Witmer,** | : | CASE NO. 17-13319-AMC |
| Debtor. | : | |
| | : | |
| **Bayview Loan Servicing, LLC,** | : | |
| Movant, | : | |
| | : | Hearing: June 16, 2020 @ 11:00am |
| vs. | : | |
| | : | |
| **Dion Paul Witmer,** | : | |
| Debtor/Respondents. | : | |
| | : | |
| | : | |
| | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**TO THE RESPONDENTS:**

Bayview Loan Servicing, LL has filed a Motion for Relief from the Automatic Stay with the court for Relief from the Automatic Stay of Section 3621 of the Bankruptcy Code.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may with to consult an attorney.)**

    **1.** If you do not want the court to grant relief sought in the motion, then on or before **June June 9, 2020** you or your attorney must do <u>all</u> of the following:
        (a.) file an answer explaining your position at:
            The Madison
            400 Washington Street, 3rd Floor
            Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
        (b) mail a copy to movant's attorney:
            Christina J. Pross, Esquire
            Mattleman, Weinroth & Miller, P.C.
            401 Route 70 East, Suite 100
            Cherry Hill, NJ 08034

    **2.** If you or your attorney do not takes the steps described in paragraph 1(a) and 1(b) above attend the hearing, the court may enter an Order granting the relief requested in the motion.

    **3.** A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, the United States Bankruptcy Judge, in Courtroom #4 at the Madison Building, 400 Washington Street, 3rd Floor, Reading, PA 19601 on **June 16, 2020**, at **11:00am**, or as soon thereafter as counsel can be heard, to consider the motion.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:    5/18/2020        /s/ Christina J. Pross
                                                   Christina J. Pross, Esquire
                                                   Attorney ID #207548
                                                   Mattleman, Weinroth & Miller, P.C.
                                                   401 Route 70 East, Suite 100
                                                   Cherry Hill, NJ 08034
                                                   (856)429-5507
                                                   *Attorney for Bayview Loan Servicing, LLC*
                                                     *File No.902.96771*