United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-13319-pmm
Dion Paul Witmer                                                    Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2          Date Rcvd: Jun 01, 2020
                             Form ID: 309A            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db          +Dion Paul Witmer,   32 East High Street,   Womelsdorf, PA 19567-1311
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13915941     BAYVIEW LOAN SERVICING LLC,   PO BOX 650091,   DALLAS, TX 75265-0091
13915942     CBCS,   PO BOX 2724,   COLUMBUS, OH 43216-2724
13915949    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: HOME DEPOT CREDIT SERVICES,   PO BOX 182676,
              COLUMBUS, OH 43218-2676)
13915947     FINANCIAL RECOVERIES,   PO BOX 1388,   MOUNT LAUREL, NJ 08054-7388
13915946     FINANCIAL RECOVERIES,   PO BOX 1388,   MT LAUREL, NJ 08054-7388
13915948     FMA ALLIANCE LTD,   PO BOX 2409,   HOUSTON, TX 77252-2409
13915951    +LEHIGH VALLEY CARDIO DIAGNOSITCS PC,   PO BOX 3667,   ALLENTOWN, PA 18106-0667
13915952     LEHIGH VALLEY HEALTH NETWORK,   PO BOX 781733,   PHILADELPHIA, PA 19178-1733
13915953     LEHIGH VALLEY HOSPITAL,   PO BOX 4120,   ALLENTOWN, PA 18105-4120
13915954    +LEHIGH VALLEY HOSPITAL MUHLENBERG,   2545 SCHOENERSVILLE RD,   BETHLEHEM, PA 18017-7300
13915956     LEHIGH VALLEY PHYSICIAN GROUP,   PO BOX 1754,   ALLENTOWN, PA 18105-1754
13915955     LEHIGH VALLEY PHYSICIAN GROUP,   PO BOX 8500,   PHILADELPHIA, PA 19178-8500
14008632    +Leonard Zagurskie, Jr.,   Law Office of Leonard Zagurskie, Jr.,
              110 West Main Avenue, 1st Floor,   Myerstown, PA 17067-1019
13915957    ++MET ED FIRST ENERGY,   101 CRAWFORD CORNER RD,   BLDG 1 SUITE 1-511,   HOLMDEL NJ 07733-1976
            (address filed with court: MET ED,   FIRSTENERGY,   2800 POTTSVILLE PIKE,
              READING, PA 19612-6001)
13915958     NEW PENN FINANCIAL LLC,   D/B/A SHELLPOINT MORTGAGE SERVICING,   P.O.BOX 108226,
              GREENVILLE, SC 29603-0826
13915959    +NORA C VIGGIANO ESQUIRE,   KML LAW GROUP PC,   BNY MELLON INDEPENDENCE CENTER STE 5000,
              701 MARKET ST,   PHILADELPHIA, PA 19106-1538
13915960     NORTHSTAR LOCATION SERVICES LLC,   ATTN FINANCIAL SERVICES DEPT,   4285 GENESEE ST,
              CHEEKTOWAGA, NY 14225-1943
13915964    +PPL ELECTRIC UTILITIES,   2 NORTH 9TH STREET RPC-GENN1,   ALLENTOWN, PA 18101-1179
13987467    +PPL Electric Utilities,   827 Hausman Rd,   Allentown, PA 18104-9392
13915965    +ROBERT N POLAS JR, ESQUIRE for PORTFOLIO,   PORTFOLIO RECOVERY ASSOCIATES LLC,
              120 CORPORATE BLVD,   NORFOLK, VA 23502-4952
13915966    +SHELLPOINT MORTGAGE SERVICING,   ATTN BANKRUPTCY,   PO BOX 10826,   GREENVILLE, SC 29603-0826
13915968    +TOMKINS VIST BANK,   PO BOX 741,   LEESPORT, PA 19533-0741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: lzaglaw.usa@startmail.com Jun 02 2020 04:18:45     LEONARD ZAGURSKIE, JR,
              Law Office of Leonard Zagurskie Jr.,   110 West Main Avenue, 1st Floor,   Myerstown, PA  17067
tr          +EDI: QLEFELDMAN.COM Jun 02 2020 07:58:00     LYNN E. FELDMAN,   Feldman Law Offices P.C.,
              221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2020 04:20:40
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2020 04:21:04     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 02 2020 04:20:50     United States Trustee,
              Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
13915939    +EDI: GMACFS.COM Jun 02 2020 07:58:00     ALLY FINANCIAL,   200 RENAISSANCE CTR,
              DETROIT, MI 48243-1300
13915940    +EDI: BANKAMER.COM Jun 02 2020 07:58:00     BANK OF AMERICA,   ATTN BANKRUPTCY,   PO BOX 26012,
              GREENSBORO, NC 27420-6012
13998844    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 02 2020 04:21:04
              Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blbd., 5th Floor,
              Coral Gables, FL 33146-1873
13915943    +EDI: COMCASTBCLRENT Jun 02 2020 07:58:00     COMCAST CABLE,   PO BOX 3006,
              SOUTHEASTERN, PA 19398-3006
13915944    +EDI: CCS.COM Jun 02 2020 07:58:00     CREDIT COLLECTION SERVICES,   PO BOX 55126,
              BOSTON, MA 02205-5126
13915945    +EDI: CCS.COM Jun 02 2020 07:58:00     CREDIT COLLECTIONS SVC,   PO BOX 773,
              NEEDHAM, MA 02494-0918
13915950     E-mail/Text: support@ljross.com Jun 02 2020 04:20:17     L J ROSS ASSOCIATES INC,   PO BOX 6099,
              JACKSON, MI 49204-6099
13915963    +EDI: PRA.COM Jun 02 2020 07:58:00     PORTFOLIO RECOVERY,   PO BOX 41067,   NORFOLK, VA 23541
13955678     EDI: PRA.COM Jun 02 2020 07:58:00     Portfolio Recovery Associates, LLC,   POB 41067,
              Norfolk VA 23541
13915967    +EDI: SWCR.COM Jun 02 2020 07:58:00     SOUTHWEST CREDIT SYSTEMS LP,
              4120 INTERNATIONAL PKWY STE 1100,   CARROLLTON, TX 75007-1958
                                                                                          TOTAL: 15

```
District/off: 0313-4          User: Lisa              Page 2 of 2          Date Rcvd: Jun 01, 2020
                              Form ID: 309A           Total Noticed: 43
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13915938     ##ACCOUNTS RECEIVABLES MGMT SERVICES INC,   2727 PHILMONT AVENUE SUITE 100,
             HUNTINGDON VALLEY, PA 19006-5398
13915961     ##+ORTHOPAEDIC ASSOCIATES OF READING LTD,   301 SOUTH 7TH AVENUE STE 3220,
             WEST READING, PA 19611-1493
13915962     ##+PENN CREDIT CORPORATION,   916 S 14TH STREET,   PO BOX 988,   HARRISBURG, PA 17108-0988
                                                                      TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
```
         CHRISTINA J. PROSS   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC cpross@mwm-law.com
         CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   New Penn Financial, LLC, et al.
          cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
         KEVIN G. MCDONALD   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
          bkgroup@kmllawgroup.com
         LEONARD  ZAGURSKIE, JR   on behalf of Debtor Dion Paul Witmer lzaglaw.usa@startmail.com
         LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         LYNN E. FELDMAN   trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
         REBECCA ANN SOLARZ   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
          bkgroup@kmllawgroup.com
         ROBERT WINFIELD WILLIAMS   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC
          bankruptcy@mwm-law.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD MILLER   on behalf of Creditor   New Penn Financial, LLC, et al.
          wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                        TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dion Paul Witmer** | Social Security number or ITIN   xxx–xx–0303 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed in chapter **13**      **5/9/17** |
| Case number:   **17–13319–pmm** | | Date case converted to chapter **7**   **4/30/20** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Dion Paul Witmer | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 32 East High Street Womelsdorf, PA 19567 | | |
| 4. | **Debtor's attorney** Name and address | LEONARD ZAGURSKIE JR Law Office of Leonard Zagurskie Jr. 110 West Main Avenue, 1st Floor Myerstown, PA 17067 | | Contact phone 717–628–5180 Email:  lzaglaw.usa@startmail.com |
| 5. | **Bankruptcy trustee** Name and address | LYNN E. FELDMAN Feldman Law Offices PC 221 N. Cedar Crest Blvd. Allentown, PA 18104 | | Contact phone (610) 530–9285 Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Debtor  **Dion Paul Witmer**                                                      Case number **17–13319–pmm**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 6/1/20 |
|----|----|----|----|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 13, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/11/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page 2