```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania

In re:                                                              Case No. 17-13319-pmm
Dion Paul Witmer                                                    Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Lisa                 Page 1 of 2                  Date Rcvd: Jun 01, 2020
                              Form ID: pdf900            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db             +Dion Paul Witmer,    32 East High Street,    Womelsdorf, PA 19567-1311
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10826,
                 Greenville, SC 29603-0826
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,     c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +New Penn Financial, LLC, et al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
13915941        BAYVIEW LOAN SERVICING LLC,    PO BOX 650091,    DALLAS, TX 75265-0091
13915942        CBCS,   PO BOX 2724,    COLUMBUS, OH 43216-2724
13915949      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: HOME DEPOT CREDIT SERVICES,     PO BOX 182676,
                 COLUMBUS, OH 43218-2676)
13915947        FINANCIAL RECOVERIES,    PO BOX 1388,    MOUNT LAUREL, NJ 08054-7388
13915946        FINANCIAL RECOVERIES,    PO BOX 1388,    MT LAUREL, NJ 08054-7388
13915948        FMA ALLIANCE LTD,    PO BOX 2409,   HOUSTON, TX 77252-2409
13915951       +LEHIGH VALLEY CARDIO DIAGNOSITCS PC,     PO BOX 3667,   ALLENTOWN, PA 18106-0667
13915952        LEHIGH VALLEY HEALTH NETWORK,    PO BOX 781733,    PHILADELPHIA, PA 19178-1733
13915953        LEHIGH VALLEY HOSPITAL,    PO BOX 4120,    ALLENTOWN, PA 18105-4120
13915954       +LEHIGH VALLEY HOSPITAL MUHLENBERG,     2545 SCHOENERSVILLE RD,    BETHLEHEM, PA 18017-7300
13915956        LEHIGH VALLEY PHYSICIAN GROUP,    PO BOX 1754,    ALLENTOWN, PA 18105-1754
13915955        LEHIGH VALLEY PHYSICIAN GROUP,    PO BOX 8500,    PHILADELPHIA, PA 19178-8500
14008632       +Leonard Zagurskie, Jr.,    Law Office of Leonard Zagurskie, Jr.,
                 110 West Main Avenue, 1st Floor,    Myerstown, PA 17067-1019
13915957      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: MET ED,    FIRSTENERGY,    2800 POTTSVILLE PIKE,
                 READING, PA 19612-6001)
13915958        NEW PENN FINANCIAL LLC,    D/B/A SHELLPOINT MORTGAGE SERVICING,    P.O.BOX 108226,
                 GREENVILLE, SC 29603-0826
13915959       +NORA C VIGGIANO ESQUIRE,    KML LAW GROUP PC,    BNY MELLON INDEPENDENCE CENTER STE 5000,
                 701 MARKET ST,    PHILADELPHIA, PA 19106-1538
13915960        NORTHSTAR LOCATION SERVICES LLC,    ATTN FINANCIAL SERVICES DEPT,    4285 GENESEE ST,
                 CHEEKTOWAGA, NY 14225-1943
14445209       +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
13915964       +PPL ELECTRIC UTILITIES,    2 NORTH 9TH STREET RPC-GENN1,    ALLENTOWN, PA 18101-1179
13987467       +PPL Electric Utilities,    827 Hausman Rd,    Allentown, PA 18104-9392
13915965       +ROBERT N POLAS JR, ESQUIRE for PORTFOLIO,     PORTFOLIO RECOVERY ASSOCIATES LLC,
                 120 CORPORATE BLVD,    NORFOLK, VA 23502-4952
13915966       +SHELLPOINT MORTGAGE SERVICING,    ATTN BANKRUPTCY,    PO BOX 10826,    GREENVILLE, SC 29603-0826
13915968       +TOMKINS VIST BANK,    PO BOX 741,   LEESPORT, PA 19533-0741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2020 04:20:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2020 04:21:03      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 02 2020 04:21:04
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce deLeon Blvd. 5th floor,
                 Coral Gables, FL 33146-1873
13915939       +E-mail/Text: ally@ebn.phinsolutions.com Jun 02 2020 04:18:50       ALLY FINANCIAL,
                 200 RENAISSANCE CTR,    DETROIT, MI 48243-1300
13998844       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 02 2020 04:21:04
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blbd., 5th Floor,
                 Coral Gables, FL 33146-1873
13915943        E-mail/Text: documentfiling@lciinc.com Jun 02 2020 04:18:49       COMCAST CABLE,   PO BOX 3006,
                 SOUTHEASTERN, PA 19398-3006
13915944        E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 02 2020 04:21:37
                 CREDIT COLLECTION SERVICES,    PO BOX 55126,    BOSTON, MA 02205-5126
13915945       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 02 2020 04:21:37
                 CREDIT COLLECTIONS SVC,    PO BOX 773,   NEEDHAM, MA 02494-0918
13915950        E-mail/Text: support@ljross.com Jun 02 2020 04:20:17       L J ROSS ASSOCIATES INC,    PO BOX 6099,
                 JACKSON, MI 49204-6099
13915963        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 04:27:20
                 PORTFOLIO RECOVERY,    PO BOX 41067,    NORFOLK, VA 23541
13955678        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 04:26:40
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2                  Date Rcvd: Jun 01, 2020
                              Form ID: pdf900         Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13915967       +E-mail/Text: bankruptcy@sw-credit.com Jun 02 2020 04:20:51     SOUTHWEST CREDIT SYSTEMS LP,
                 4120 INTERNATIONAL PKWY STE 1100,    CARROLTON, TX 75007-1958
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
14008696*     +Leonard Zagurskie, Jr.,    Law Office of Leonard Zagurskie, Jr.,
                 110 West Main Avenue, 1st Floor,    Myerstown, PA 17067-1019
13915938      ##ACCOUNTS RECEIVABLES MGMT SERVICES INC,    2727 PHILMONT AVENUE SUITE 100,
                 HUNTINGDON VALLEY, PA 19006-5398
13915940      ##+BANK OF AMERICA,    ATTN BANKRUPTCY,   PO BOX 26012,   GREENSBORO, NC 27420-6012
13915961      ##+ORTHOPAEDIC ASSOCIATES OF READING LTD,    301 SOUTH 7TH AVENUE STE 3220,
                 WEST READING, PA 19611-1493
13915962      ##+PENN CREDIT CORPORATION,    916 S 14TH STREET,   PO BOX 988,   HARRISBURG, PA 17108-0988
                                                                                     TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
```
              CHRISTINA J. PROSS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cpross@mwm-law.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC, et al.
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              LEONARD   ZAGURSKIE, JR    on behalf of Debtor Dion Paul Witmer lzaglaw.usa@startmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              ROBERT WINFIELD WILLIAMS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               bankruptcy@mwm-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC, et al.
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                               TOTAL: 10
```

**NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341**
**MEETINGS IN THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Effective April 24, 2020)**

On April 24, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in-person chapter 7, 12, and 13 section 341 meetings for cases filed through July 10, 2020. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST website for up-to-date information about section 341 meetings of creditors.

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call-In Number and Passcode assigned to your trustee, which will be posted to the case docket prior to the section 341 meeting date.

Unless otherwise directed by your trustee, please call-in five minutes before your assigned meeting time and mute your telephone until your case is called.

Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.

- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee **a week prior to the section 341 meeting of creditors**. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.