# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Dion Paul Witmer, | : | CASE NO. 17-13319-PMM |
| Debtor. | : | |
| | : | |
| Bayview Loan Servicing, LLC, | : | |
| Movant, | : | |
| | : | Hearing: June 16, 2020 @ 11:00am |
| vs. | : | |
| | : | |
| Dion Paul Witmer, | : | |
| Debtor/Respondents. | : | |
| | : | |
| | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Motion for Relief from Stay filed by Bayview Loan Servicing, LLC, and and no response having been filed thereto,  it is hereby ORDERED, **by default,** that the Automatic Stay be modified to permit Bayview Loan Servicing, LLC to proceed with a foreclosure on the property located at 15 N. Front Street, Womelsdorf, PA 19567.

The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

The relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in the Bankrupty Rule 4001(a)(3).

Dated:  June 16, 2020

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

cc: Christina J. Pross, Esquire
    Leonard Zagurskie, Jr., Esquire
    Scott F. Waterman, Esquire
    Dion Paul Witmer