United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-13319-pmm
Dion Paul Witmer                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Stacey             Page 1 of 1            Date Rcvd: Jun 17, 2020
                            Form ID: pdf900          Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
db             +Dion Paul Witmer,    32 East High Street,    Womelsdorf, PA 19567-1311
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +New Penn Financial, LLC, et al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2020 04:25:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 18 2020 04:26:09    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 18 2020 04:26:10
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce deLeon Blvd. 5th floor,
                 Coral Gables, FL 33146-1873
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
          CHRISTINA J. PROSS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cpross@mwm-law.com
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC, et al.
           cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
          KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          LEONARD  ZAGURSKIE, JR    on behalf of Debtor Dion Paul Witmer lzaglaw.usa@startmail.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          ROBERT WINFIELD WILLIAMS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
           bankruptcy@mwm-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC, et al.
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **Dion Paul Witmer,** | : | CASE NO. 17-13319-PMM |
| Debtor. | : | |
| | : | |
| **Bayview Loan Servicing, LLC,** | : | |
| Movant, | : | |
| | : | Hearing: June 16, 2020 @ 11:00am |
| vs. | : | |
| | : | |
| **Dion Paul Witmer,** | : | |
| Debtor/Respondents. | : | |
| | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Motion for Relief from Stay filed by Bayview Loan Servicing, LLC, and and no response having been filed thereto, it is hereby ORDERED, **by default,** that the Automatic Stay be modified to permit Bayview Loan Servicing, LLC to proceed with a foreclosure on the property located at 15 N. Front Street, Womelsdorf, PA 19567.

The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

The relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in the Bankrupty Rule 4001(a)(3).

Dated: June 16, 2020

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

cc: Christina J. Pross, Esquire
    Leonard Zagurskie, Jr., Esquire
    Scott F. Waterman, Esquire
    Dion Paul Witmer