### EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dion Paul Witmer,           :     Chapter 7
                                   :
        Debtor                     :     Bky. No. 17-13319 PMM

### ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Proceed without §341 Trustee Meeting, and to Receive a Discharge without the Financial Management Course (doc. no. 62, the "Motion"):

**AND** for the reasons stated in open court at the hearing on the Motion on August 11, 2020;

It is hereby **ordered** that

1)   The Motion is **granted**;

2)   This bankruptcy case may proceed following the death of the Debtor on May 10, 2020;

3)   The Debtor need not complete a §341 meeting of creditors;

4)   The Debtor is not required to complete a course a financial management course pursuant to §727(a)(11). See also 11 U.S.C. §109(h)4); and

5)   The Clerk's Office may enter a discharge order in this case in the normal course.

Date: **August 11, 2020**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**