United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-13319-pmm
Dion Paul Witmer                                                Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Stacey                Page 1 of 1          Date Rcvd: Aug 12, 2020
                              Form ID: pdf900             Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
db             +Dion Paul Witmer,    32 East High Street,    Womelsdorf, PA 19567-1311
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +New Penn Financial, LLC, et al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2020 04:26:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2020 04:26:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 13 2020 04:26:34
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce deLeon Blvd. 5th floor,
                 Coral Gables, FL 33146-1873
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              CHRISTINA J. PROSS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cpross@mwm-law.com
              CHRISTOPHER M. MCMONAGLE     on behalf of Creditor    New Penn Financial, LLC, et al.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              LEONARD  ZAGURSKIE, JR    on behalf of Debtor Dion Paul Witmer lzaglaw.usa@startmail.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkgroup@kmllawgroup.com
              ROBERT WINFIELD WILLIAMS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               bankruptcy@mwm-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC, et al.
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 10
```

### EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dion Paul Witmer,                :        Chapter 7
                                        :
          Debtor                        :        Bky. No. 17-13319 PMM

### ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Proceed without §341 Trustee Meeting, and to Receive a Discharge without the Financial Management Course (doc. no. 62, the "Motion"):

**AND** for the reasons stated in open court at the hearing on the Motion on August 11, 2020;

It is hereby **ordered** that

1) The Motion is **granted**;

2) This bankruptcy case may proceed following the death of the Debtor on May 10, 2020;

3) The Debtor need not complete a §341 meeting of creditors;

4) The Debtor is not required to complete a course a financial management course pursuant to §727(a)(11). See also 11 U.S.C. §109(h)4); and

5) The Clerk's Office may enter a discharge order in this case in the normal course.

Date: **August 11, 2020**             _____
                                      **PATRICIA M. MAYER**
                                      **U.S. BANKRUPTCY JUDGE**