United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 17-13319-pmm
Dion Paul Witmer                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 2              Date Rcvd: Sep 14, 2020
                              Form ID: 318              Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.
```
db          +Dion Paul Witmer,    32 East High Street,    Womelsdorf, PA 19567-1311
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13915941     BAYVIEW LOAN SERVICING LLC,    PO BOX 650091,    DALLAS, TX 75265-0091
13915942     CBCS,    PO BOX 2724,    COLUMBUS, OH 43216-2724
13915949    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: HOME DEPOT CREDIT SERVICES,    PO BOX 182676,
              COLUMBUS, OH 43218-2676)
13915947     FINANCIAL RECOVERIES,    PO BOX 1388,    MOUNT LAUREL, NJ 08054-7388
13915946     FINANCIAL RECOVERIES,    PO BOX 1388,    MT LAUREL, NJ 08054-7388
13915948     FMA ALLIANCE LTD,    PO BOX 2409,    HOUSTON, TX 77252-2409
13915951    +LEHIGH VALLEY CARDIO DIAGNOSITCS PC,    PO BOX 3667,    ALLENTOWN, PA 18106-0667
13915952     LEHIGH VALLEY HEALTH NETWORK,    PO BOX 781733,    PHILADELPHIA, PA 19178-1733
13915953     LEHIGH VALLEY HOSPITAL,    PO BOX 4120,    ALLENTOWN, PA 18105-4120
13915954    +LEHIGH VALLEY HOSPITAL MUHLENBERG,    2545 SCHOENERSVILLE RD,    BETHLEHEM, PA 18017-7300
13915956     LEHIGH VALLEY PHYSICIAN GROUP,    PO BOX 1754,    ALLENTOWN, PA 18105-1754
13915955     LEHIGH VALLEY PHYSICIAN GROUP,    PO BOX 8500,    PHILADELPHIA, PA 19178-8500
14008632    +Leonard Zagurskie, Jr.,    Law Office of Leonard Zagurskie, Jr.,
              110 West Main Avenue, 1st Floor,    Myerstown, PA 17067-1019
13915957    ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
             (address filed with court: MET ED,    FIRSTENERGY,    2800 POTTSVILLE PIKE,
              READING, PA 19612-6001)
13915958     NEW PENN FINANCIAL LLC,    D/B/A SHELLPOINT MORTGAGE SERVICING,    P.O.BOX 108226,
              GREENVILLE, SC 29603-0826
13915959    +NORA C VIGGIANO ESQUIRE,    KML LAW GROUP PC,    BNY MELLON INDEPENDENCE CENTER STE 5000,
              701 MARKET ST,    PHILADELPHIA, PA 19106-1538
13915960     NORTHSTAR LOCATION SERVICES LLC,    ATTN FINANCIAL SERVICES DEPT,    4285 GENESEE ST,
              CHEEKTOWAGA, NY 14225-1943
13915964    +PPL ELECTRIC UTILITIES,    2 NORTH 9TH STREET RPC-GENN1,    ALLENTOWN, PA 18101-1179
13987467    +PPL Electric Utilities,    827 Hausman Rd,    Allentown, PA 18104-9392
13915965    +ROBERT N POLAS JR, ESQUIRE for PORTFOLIO,    PORTFOLIO RECOVERY ASSOCIATES LLC,
              120 CORPORATE BLVD,    NORFOLK, VA 23502-4952
13915966    +SHELLPOINT MORTGAGE SERVICING,    ATTN BANKRUPTCY,    PO BOX 10826,    GREENVILLE, SC 29603-0826
13915968    +TOMKINS VIST BANK,    PO BOX 741,    LEESPORT, PA 19533-0741
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2020 04:24:43
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2020 04:24:52     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13915939    +EDI: GMACFS.COM Sep 15 2020 08:18:00      ALLY FINANCIAL,    200 RENAISSANCE CTR,
              DETROIT, MI 48243-1300
13915940    +EDI: BANKAMER.COM Sep 15 2020 08:18:00      BANK OF AMERICA,    ATTN BANKRUPTCY,    PO BOX 26012,
              GREENSBORO, NC 27420-6012
13998844     E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 15 2020 04:24:52
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blbd., 5th Floor,
              Coral Gables, FL 33146-1873
13915943     EDI: COMCASTCBLCENT Sep 15 2020 08:18:00      COMCAST CABLE,    PO BOX 3006,
              SOUTHEASTERN, PA 19398-3006
13915944     EDI: CCS.COM Sep 15 2020 08:18:00      CREDIT COLLECTION SERVICES,    PO BOX 55126,
              BOSTON, MA 02205-5126
13915945    +EDI: CCS.COM Sep 15 2020 08:18:00      CREDIT COLLECTIONS SVC,    PO BOX 773,
              NEEDHAM, MA 02494-0918
13915950     E-mail/Text: support@ljross.com Sep 15 2020 04:24:41     L J ROSS ASSOCIATES INC,    PO BOX 6099,
              JACKSON, MI 49204-6099
13915963     EDI: PRA.COM Sep 15 2020 08:18:00      PORTFOLIO RECOVERY,    PO BOX 41067,    NORFOLK, VA 23541
13955678     EDI: PRA.COM Sep 15 2020 08:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
13915967    +EDI: SWCR.COM Sep 15 2020 08:18:00      SOUTHWEST CREDIT SYSTEMS LP,
              4120 INTERNATIONAL PKWY STE 1100,    CARROLTON, TX 75007-1958
                                                                                             TOTAL: 12
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-4          User: Stacey              Page 2 of 2                  Date Rcvd: Sep 14, 2020
                              Form ID: 318              Total Noticed: 40

13915938       ##ACCOUNTS RECEIVABLES MGMT SERVICES INC,    2727 PHILMONT AVENUE SUITE 100,
                 HUNTINGDON VALLEY, PA 19006-5398
13915961       ##+ORTHOPAEDIC ASSOCIATES OF READING LTD,    301 SOUTH 7TH AVENUE STE 3220,
                 WEST READING, PA 19611-1493
13915962       ##+PENN CREDIT CORPORATION,    916 S 14TH STREET,    PO BOX 988,    HARRISBURG, PA 17108-0988
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
          CHRISTINA J. PROSS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cpross@mwm-law.com
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC, et al.
           cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
          KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          LEONARD    ZAGURSKIE, JR    on behalf of Debtor Dion Paul Witmer lzaglaw.usa@startmail.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           bkgroup@kmllawgroup.com
          ROBERT WINFIELD WILLIAMS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
           bankruptcy@mwm-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC, et al.
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dion Paul Witmer** | Social Security number or ITIN  **xxx–xx–0303** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **17–13319–pmm**

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dion Paul Witmer

9/14/20

**By the court:**  Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**