United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dion Paul Witmer  
     Debtor

Case No. 17-13319-pmm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Stacey    Page 1 of 1    Date Rcvd: Sep 17, 2020  
                   Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.  
db         +Dion Paul Witmer,   32 East High Street,   Womelsdorf, PA 19567-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:

        CHRISTINA J. PROSS   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC cpross@mwm-law.com  
        CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC, et al.  
         cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com  
        KEVIN G. MCDONALD    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing  
         bkgroup@kmllawgroup.com  
        LEONARD   ZAGURSKIE, JR   on behalf of Debtor Dion Paul Witmer lzaglaw.usa@startmail.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing  
         bkgroup@kmllawgroup.com  
        ROBERT WINFIELD WILLIAMS    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC  
         bankruptcy@mwm-law.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC, et al.  
         wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com  
                                                                                                 TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Dion Paul Witmer : Case No. 17−13319−pmm
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 17, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

71
Form 195